UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILBUR DERRICK GREEN,

    Plaintiff,

v.                          Case No. 3:14cv212/LC/CJK

UNITED STATES OF AMERICA,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Petitioner, a prisoner proceeding *pro se*, commenced this habeas action on May 6, 2014, by filing a habeas petition under 28 U.S.C. § 2241. (Doc. 1). On June 25, 2014, this court issued an order directing petitioner show cause why his petition should be served in light of the fact that the petition makes similar claims to a previously denied habeas petition in Case No. 3:13cv512/RV/EMT. Moreover, this court cautioned plaintiff that his claims resemble those properly brought in a civil rights complaint, not under § 2241. To date, plaintiff has not complied with this court's order to show cause.

Accordingly, it is respectfully RECOMMENDED:

1. That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with an order of the court.

2. That the clerk be directed to close the file.

DONE AND ORDERED this 14th day of July, 2014.


*/s/ Charles J. Kahn, Jr.*

**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**